# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-00301-GW-MRWx | Date | April 29, 2019 |
|---|---|---|---|
| Title | *The State Bar of Cal. v. Ringgold* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER REMANDING/RETURNING ACTION**

    The Court has reviewed the Notice of Removal filed in this action. It is virtually impossible from the face of that filing to determine what it is that Nina R. Ringgold, Esq. ("Defendant"), attempts to "remove" to this Court. But, at the core of this action, Defendant appears again to have attempted to remove a State Bar disciplinary action initiated against her. *See* Notice of Removal, at 1:14-22 (referencing a motion to dismiss for lack of jurisdiction filed in "the State Bar Court of California"). The State Bar of California ("Plaintiff") has moved to remand.

    On May 19, 2015, this Court granted a motion to remand Plaintiff filed under effectively the same set of circumstances. *See The State Bar of Cal. v. Ringgold*, No. 15 CV 02159-GW-MRW, Docket No. 31. The Ninth Circuit summarily affirmed that order. *See id.*, Docket No. 56. For the same reasons set forth in that ruling, the Court again grants Plaintiff's motion. It declines to award attorney's fees on this motion, but warns Defendant that her continued use of the Federal courts as a delaying tactic in her State Bar proceeding will not be met with such leniency.

    To the extent Defendant wishes to initiate independent actions that she believes are in some way related to this matter, she may not do so by attempting to remove a State Bar proceeding and associating with that improper removal other actions or "petitions" that she has added on to the caption of her Notice of Removal.

    The Court grants the motion and vacates the hearing set for Monday, May 6, 2019.

| | : |
|---|---|
| Initials of Preparer | JG |